UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.:CV 08-1498-TJH                                                              Date: September 24, 2008

Title:  *In Re: Debtor: Pauline and Murray Windman,  (BK 07-17535-BB; BAP NO. CC 07-1464) Pauline and Murray Windman, appellants  vs. Peter Anderson, U. S. Trustee for the Central Dist. of CA , appellee*

PRESENT:

THE HONORABLE  TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

**Attorneys Present for Plaintiff:**  **Attorneys Present for Defendants:**
None Present                                                          None Present

PROCEEDINGS:  **IN CHAMBERS** -Order To Show Cause Re: Dismissal for Lack of Prosecution

IT IS HEREBY ORDERED that appellant show cause in writing on or before **OCTOBER 25, 2008** why this action should not be dismissed for lack of prosecution.

This order is based upon appellant's failure to file the documents required by Rule 8002 et seq. of the Bankruptcy Rules.  Counsel is advised that the following documents must be filed by the date specified above to avoid dismissal.

　　　__X__   Designation of record

　　　_____   Statement of issues on appeal

　　　__X__   Notice re reporter's transcript

　　　_____   No transcript(s) has(have) been filed as ordered

　　　_____   Appellant's brief & excerpts of record

　　　_____   Appellee's reply brief & excerpts of record

　　　_____   Appellant's reply brief

cc:  all counsel
MINUTES FORM 11                                                                                Initials of Deputy Clerk__YS__
CIVIL - GEN